## MACK v. THE STATE.

FISH, P. J.   The requests to charge, in so far as they were sound, were fully
covered by the charge given. The portions of the charge of which complaint
was made were not erroneous for any of the reasons assigned. The judge, in
questioning the witnesses as set out in the motion for a new trial, did not in-
timate an opinion as to their credibility or as to what had been proved. There
was no error in admitting evidence.   Although the jury found the accused
guilty of assault with intent to murder and recommended that he be punished
as for a misdemeanor, the fact that the judge did not approve this recom-
mendation, but sentenced him for a felony, was no cause for a new trial.
Daniel v. State, 118 Ga. 16.   The evidence warranted the verdict, and the
court did not err in refusing to grant a new trial.

Judgment affirmed.   All the Justices concur.

Submitted October 19, — Decided October 24, 1903.

Indictment for assault with intent to murder.   Before Judge
Barrow.   Chatham superior court.   July 7, 1903.

Edmund H. Abrahams, for plaintiff in error.

William W. Osborne, solicitor-general, contra.

---

## GREEN v. THE STATE.

COBB, J.   The evidence authorized the verdict.   The charge of the judge accu-
rately, though in general terms, instructed the jury as to the law of the case;
and if any more specific instructions were desired, they should have been
made the subject-matter of a special request.   The mere failure of a judge
to instruct the jury as to the rules to be followed in dealing with conflicting
evidence will not generally require the granting of a new trial   The discre-
tion of the trial judge in overruling the motion for a new trial will not be
controlled.                     Judgment affirmed.   All the Justices concur.

Submitted October 19, — Decided October 24, 1903.

Indictment for burglary.   Before Judge Littlejohn.   Sumter
superior court.   June 22, 1903.

A. R. Logan, J. R. Williams, and W. M. Harper, for plaintiff
in error.   F. A. Hooper, solicitor-general, contra.